# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOO CHANH SAEPHANH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00579- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On January 21, 2015, the parties filed a stipulation for Defendant Carolyn Colvin, Acting Commissioner of Social Security, to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 13.) The scheduling order in this action permits "a single thirty (30) day extension" by stipulation of the parties. (Doc. 4 at 4.) Because this is the first extension of time requested, an modification of the briefing schedule is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to the opening brief no later than **February 23, 2015.**

IT IS SO ORDERED.

Dated: __**January 23, 2015**__　　　　　　____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1