1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   FOO CHANH SAEPHANH, | )   Case No.: 1:14-cv-00579- JLT |
| | ) |
| 12           Plaintiff, | )   ORDER GRANTING DEFENDANT'S REQUEST |
| | )   FOR A SECOND EXTENSION OF TIME |
| 13      v. | ) |
| | )   (Doc. 15) |
| 14   CAROLYN W. COLVIN, | ) |
|     Acting Commissioner of Social Security, | ) |
| 15 | ) |
| | ) |
|            Defendant. | ) |
| 16 _____ | ) |

17        On February 25, 2015, the parties filed a stipulation for Defendant Carolyn Colvin, Acting

18   Commissioner of Social Security, to have a second extension of time to file a response to Plaintiff's

19   opening brief.  (Doc. 15.)  The scheduling order in this action permits "a single thirty (30) day

20   extension" by stipulation of the parties.  (Doc. 4 at 4.)  Beyond this single stipulation, and requests to

21   amend the schedule must be made by filing a motion.  (*Id.*)  Therefore, the Court construes the

22   stipulation to be a motion for Defendant to have an extension of time.

23        Defendant's counsel requests the extension "due to an especially heavy caseload in February

24   2015, including fourteen district-court dispositive motions as well as two motions and one oral

25   argument before the Ninth Circuit" (Doc. 15 at 1.)  Further, she "inadvertently miscalendared the

26   deadline for Defendant's response." (*Id.*)  The Court will grant Defendant's request for a further

27   extension of time because Plaintiff does not oppose the request.  **However, the parties are cautioned**

28   **that no further extensions of time will be granted without a showing of exceptional good cause**.

1

Accordingly, **IT IS HEREBY ORDERED**:

1.      Defendant's request for a second extension of time is **GRANTED**;

2.      Defendant **SHALL** file a response to the opening brief no later than **March 25, 2015.**

IT IS SO ORDERED.

Dated:    **February 26, 2015**                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE